ATLANTIC BEACH PROPERTY OWNERS' ASSOCIATION, INC., et al., Suing on Behalf of Themselves and All Other Property Owners in Atlantic Beach, Nassau County, Similarly Situated, Respondents, *v.* TOWN OF HEMPSTEAD, Appellant.

Submitted October 4, 1954; decided October 7, 1954.

*John A. Morhous* for motion.
*Charles E. Lapp, Jr.*, opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution and is not encompassed within subdivision 2 of section 589 of the Civil Practice Act.